Jeonghye Kim (SBN: 339395)
jane.kim@fohaslaw.com
**FOHAS LAW GROUP**
515 S. Flower St., 18th Floor
Los Angeles, California 90071
Tel. 213-705-3009

Attorney for Plaintiff, C&SM INTL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM INTL, a South Korean Corporation<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FASHION NOVA, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: 2:25-cv-02381 MWF (AGRx)<br>[*Hon. Michael W. Fitzgerald*]<br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff C&SM INTL ("Plaintiff"), by and through its undersigned counsel, hereby notifies the Court and all parties that this action has been settled in principle.

　　　The parties have reached an agreement to resolve all claims asserted in this action, subject to full execution of a formal written settlement agreement containing mutually agreeable terms.

The parties expect to finalize and execute the written settlement agreement within the next sixty (60) days. Upon full execution and performance of the settlement agreement, the parties will promptly file a stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff respectfully requests that the Court vacate or continue all currently scheduled dates and deadlines for a period of sixty (60) days to allow the parties sufficient time to consummate the settlement. Plaintiff will promptly inform the Court if the settlement is not consummated within the requested period.

Dated: December 19, 2025                     FOHAS LAW GROUP

                                By:   /s/ *Jeonghye Kim*
                                      Jeonghye Kim, Esq.
                                      Attorney for Plaintiff C&SM INTL