JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

C&SM INTL, a South Korean Corporation,

Plaintiff,

v.

FASHION NOVA, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,

Defendants.

Case No: 2:25-cv-02381-MWF (AGRx)

**ORDER GRANTING STIPULATION OF DISMISSAL**

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 33). For good cause shown, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice as to all claims, with each party bearing that party's own attorney's fees and costs.

Dated: February 25, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge